Control Number : 16066763

# STATE OF GEORGIA

## Secretary of State
Corporations Division
313 West Tower
2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

20-72021

### CERTIFICATE OF ORGANIZATION

I, Brian P. Kemp, the Secretary of State and the Corporation Commissioner of the State of Georgia, hereby certify under the seal of my office that

### REYNA'S AUTO SERVICE LLC

a **Domestic Limited Liability Company**

has been duly organized under the laws of the State of Georgia on **07/06/2016** by the filing of articles of organization in the Office of the Secretary of State and by the paying of fees as provided by Title 14 of the Official Code of Georgia Annotated.

WITNESS my hand and official seal in the City of Atlanta
and the State of Georgia on 07/14/2016



Brian P. Kemp
Secretary of State

# ARTICLES OF ORGANIZATION

*Electronically Filed*
Secretary of State
Filing Date: 7/6/2016 2:26:57 PM

## BUSINESS INFORMATION

| | |
|---|---|
| CONTROL NUMBER | 16066763 |
| BUSINESS NAME | REYNA'S AUTO SERVICE LLC |
| BUSINESS TYPE | Domestic Limited Liability Company |
| EFFECTIVE DATE | 07/06/2016 |

## PRINCIPAL OFFICE ADDRESS

| | |
|---|---|
| ADDRESS | 3634 E. LIDDELL RD, DULUTH, GA, 30096, USA |

## REGISTERED AGENT'S NAME AND ADDRESS

| NAME | ADDRESS |
|---|---|
| Reyna Tejada, M. | 3634 E. Liddell Rd., Gwinnett, DULUTH, GA, 30096, USA |

## ORGANIZER(S)

| NAME | TITLE | ADDRESS |
|---|---|---|
| REYNA TEJADA | ORGANIZER | 3634 E. LIDDELL RD, DULUTH, GA, 30096, USA |

## OPTIONAL PROVISIONS

N/A

## AUTHORIZER INFORMATION

| | |
|---|---|
| AUTHORIZER SIGNATURE | REYNA TEJADA |
| AUTHORIZER TITLE | Organizer |

# STATE OF GEORGIA

## Secretary of State
### Corporations Division
### 313 West Tower
### 2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

**ANNUAL REGISTRATION**

*Electronically Filed*
Secretary of State
Filing Date: 4/20/2020 11:27:54 AM

### BUSINESS INFORMATION

| | |
|---|---|
| **CONTROL NUMBER** | 16066763 |
| **BUSINESS NAME** | REYNA'S AUTO SERVICE LLC |
| **BUSINESS TYPE** | Domestic Limited Liability Company |
| **EFFECTIVE DATE** | 04/20/2020 |
| **ANNUAL REGISTRATION PERIOD** | 2020 |

### PRINCIPAL OFFICE ADDRESS

**ADDRESS**  3634 E. LIDDELL RD, DULUTH, GA, 30096, USA

### REGISTERED AGENT

| NAME | ADDRESS | COUNTY |
|---|---|---|
| Reyna Tejada, M. | 3634 E. Liddell Rd., DULUTH, GA, 30096, USA | Gwinnett |

### AUTHORIZER INFORMATION

| | |
|---|---|
| **AUTHORIZER SIGNATURE** | REYNA TEJADA |
| **AUTHORIZER TITLE** | Organizer |

# GEORGIA CORPORATIONS DIVISION

Corporate Resolution Filing

Business Name:    REYNA'S AUTO SERVICE LLC    Control Number:    16066763

Business Type:    Domestic Limited Liability Company    Business Status:    Active/Compliance

NAICS Code:    Other Services (except Public Administration)    NAICS Sub Code: General Automotive Repair

Principal Office Address:    3634 E. LIDDELL RD, DULUTH, GA, 30096, USA


Date of Formation / Registration Date:    7/6/2016

State of Formation: Georgia    Last Annual Registration Year:    2020


REGISTERED AGENT INFORMATION

Registered Agent Name:    Reyna Tejada, M.

Physical Address:    3634 E. Liddell Rd., DULUTH, GA, 30096, USA

County:    Gwinnett

1